IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYL L. SPIVEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:22-CV-0935-D |
| § | |
| DART TRANSPORTATION, § | |
| § | |
| Defendant. § | |

## **JUDGMENT**

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is ordered and adjudged that this case is dismissed without prejudice for lack of subject matter jurisdiction.

Done at Dallas, Texas May 25, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE